PER CURIAM.
Affirmed. See §§ 440.10(1)(b), 440.11, Fla. Stat. (2003); Aerovias Colombianas, Ltd. v. Paiz, 695 So.2d 822 (Fla. 3d DCA 1997), review denied, 700 So.2d 687 (Fla.1997); Broward County v. Rodrigues, 686 So.2d 774 (Fla. 4th DCA 1997), cause dismissed, 690 So.2d 1300 (Fla.1997); Delta Air Lines, Inc. v. Cunningham, 658 So.2d 556 (Fla. 3d DCA 1995), review denied, 668 So.2d 602 (Fla.1996). Compare § 713.01(19), Fla. Stat. (2003)(“ ‘Material-man’ means any person who furnishes materials under contract to the owner ... who performs no labor in the installation thereof.” [e.s.]); Goldstein v. Acme Concrete Corp., 103 So.2d 202 (Fla.1958).